# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

             Plaintiff,

vs.

LUIS MIGUEL CERVANTES-ZARAGOZA (1),

             Defendant.

Case No. 18CR3301-L

FILED NOV 0 5 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

- [ ] an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

- [ ] the Court has dismissed the case for unnecessary delay; or

- [x] the Court has granted the motion of the Government for dismissal, without prejudice; or

- [ ] the Court has granted the motion of the defendant for a judgment of acquittal; or

- [ ] a jury has been waived, and the Court has found the defendant not guilty; or

- [ ] the jury has returned its verdict, finding the defendant not guilty;

- [ ] of the offense(s) as charged in the Indictment/Information:

8:1326(a) – Attempted Reentry of Removed Alien (Felony); 8:1325 – Improper Entry By an Alien (Felony)

Dated: 11/5/2018

Hon. M. James Lorenz
United States District Judge